ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
A NEW YORK PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

8 HACKENSACK AVENUE

SOUTH KEARNY, NEW JERSEY 07032

(973) 522-0766

FAX (973) 344-8861

NEW YORK OFFICE:
875 THIRD AVENUE
NEW YORK, NY 10022-0123
(212) 603-6300
FAX (212) 956-2164

September 7, 2010

212-603-6332
jss@robinsonbrog.com

Honorable Esther Salas, Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re:    *HSBC Bank USA, N.A. v. Sisco USA, Inc., et al.*,
              Civil Action No: 09-CV-06488-PGS-ES

Dear Judge Salas:

      We are counsel to defendants Sisco USA Inc., Ralco Inc., Ralco Telecom Limited Liability Company, Bir Ravinder Singh Sawhney, Pretika Sawhney, and Saranleen Sawhney ("Defendants"). The Court has scheduled an initial conference in this case for September 14, 2010. However, the parties have reached an agreement-in-principle to settle the case and Plaintiff's counsel is currently in the process of drafting settlement papers for review. In addition, as previously discussed with your clerk, Defendants' counsel will be out of the country on a previously scheduled trip from September 13-17, 2010.

      In light of the pending settlement, as well as Defendants' counsel's travel plans, the parties jointly request a 30-day adjournment of the initial conference, to allow time for finalization and execution of the settlement papers. The parties requested and received one prior adjournment, in order to pursue the settlement negotiations initiated during the Rule 16 conference, which were ultimately successful.

                                    Respectfully submitted,

                                      ROBINSON BROG LEINWAND GREENE
                                          GENOVESE & GLUCK P.C.

                                      By:___/s/ Jennifer S. Smith_____
                                            Jennifer S. Smith, Esq.

{00497584.DOC;1 }

Robinson Brog Leinwand Greene Genovese & Gluck P.C.

**SO ORDERED:**

_____
Hon. Esther Salas, Magistrate Judge

{00497584.DOC;1 }